Nov. Term, 1856.

DUGDALE v. RYAN.

F. M. Finch, for the appellants.

S. P. *yler, for the appellees.

---

## THE STATE v. HUNTER.

APPEAL from the *Decatur* Circuit Court.

Tuesday, January 27, 1857.

Appeal dismissed.

---

## DUGDALE v. RYAN.

APPEAL from the *Wayne* Court of Common Pleas.

Tuesday, January 27, 1857.

*Per Curiam.*—The process in this case was served on the 28th of *December*, 1855, and the term of the Court to which it was returnable, commenced on the 7th of *January* following. Excluding the day of service and including the first day of said term, the service was sufficient in point of time. *Martin et al.* v. *Howell et al.*, at the present term (1).

VOL. VIII.—34.

Nov. Term,
1856.

The judgment is affirmed with 3 per cent. damages and costs.

*J. Perry,* for the appellant.

*D. T. Smith,* for the appellee.

